IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 16-444 |
| JEFFREY CURTIS DREXLER | : | |
| | : | |

**O R D E R**

**AND NOW**, this 30th day of July, 2021, upon review of Defendant's *pro se* Motion for Compassionate Release, and the government's response thereto, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release (Docket No. 33) is **DENIED**.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
Jeffery L. Schmehl, J.